[No. 26678-1-I.  Division One.  March 9, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. STAHL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00444-0, Kathryn E. Trumbull, J., entered July 26, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 27456-2-I.  Division One.  March 9, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID CHARLES HABLEWITZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03300-3, Jim Bates, J., entered December 7, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 27603-4-I.  Division One.  March 9, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA J. TOMPKINS, *Petitioner*.

Appeal from a judgment of the Superior Court for San Juan County, No. 90-1-05004-9, Richard L. Pitt, J., entered December 3, 1990. *Remanded* by unpublished per curiam opinion.

[No. 26400-1-I.  Division One.  March 9, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JULLI MEHL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-00244-8, Norma Smith Huggins, J., entered May 21, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, C.J., and Coleman, J.